UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HUGO KAYO,

                              Plaintiff,

              -v-

PETER MERTZ, et al.,

                            Defendants.

19 Civ. 365 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      A pre-motion conference is scheduled for May 4, 2020 at 2:30 p.m. Dkt. 39. Due to the current public health situation, that conference will be a telephonic conference. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. **Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19**, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers.

      SO ORDERED.

                                                     *Paul A. Engelmayer*
                                                     PAUL A. ENGELMAYER
                                                     United States District Judge

Dated: March 27, 2020
         New York, New York