UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HUGO KAYO,

                              Plaintiff,                    19 Civ. 365 (PAE)

                -v-

                                                          ORDER

PETER MERTZ, et al.,

                              Defendants.

PAUL A. ENGELMAYER, District Judge:

As discussed in today's conference, the Court sets the following deadlines for the parties' anticipated cross-motions for summary judgment:

- The joint statement of facts is due May 18, 2020;

- Defendants' brief in support of their motion for summary judgment is due June 1, 2020;

- Plaintiff's brief in support of his motion for partial summary judgment and in opposition to defendants' motion is due June 15, 2020;

- Defendants' brief containing their reply and opposition to plaintiff's motion is due June 29, 2020; and

- Plaintiff's reply brief is due July 8, 2020.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: May 4, 2020
       New York, New York