**MTA** Bridges and Tunnels

# USE OF FORCE

Form OPS 03-02
RNM 07-007 OPS-155

Name:   **ZAPATA, THOMAS**                                          Page   1   of   1

MTABT Incident/Arrest No:  A16-0014-4                    Facility:   RFK Bronx

Date and Time of Incident : 01/17/2016      0310

Name of Suspect:   ____KAYO, LUGO_____

Reason for Force:   _____EFFECT ARREST : A16-0014-4_____

Type of Force:   ☐ Handgun   ☒ Physical Force   ☐ Chemical Agent   ☐ Expandable Baton
                 ☐ Firearm   ☐ Handcuffs   ☐ Other _____

Reason Force Used: ☒ Overcome Assault   ☐ Restrain   ☐ Prevent Escape   ☒ Resist Arrest
☐ Other _____

Person Arrested: ☒ Yes ☐ No   Arresting Officer : Officer Mertz_____

EMS Called:   ☐ Yes ☒ No  If yes, EMS Operator ID #: _____

Time EMS Called: _____          Time EMS Responded: _____

Witness Name *(if any)*: __OFFICER'S LUCE, CORBIN, MERTZ_____

Witness Statement: __N/A

Sgt/Lt Name: SGT. PALAZZOLA_____   Signature: _Sa. D. Pul [-52_  Shield #: __521___
                         *Please Print*

Captain Signature _____

Captain Approves Chemical Spray Canister Replacement:   ☐ Yes   ☒ No  (If no, provide comments)
_____

Range Officer Signature: _____ ( required when new canister is issued)

Officer's Signature Receiving Replacement Canister: _____

Expended Canister #: _____

Replacement Canister #: _____

| Fax Use of Force Report to MTABT |
| OCCC at (212) 360-4176 |

Exhibit P