UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HUGO KAYO, <br><br> Plaintiff, <br> -v- <br><br> PETER MERTZ, et al., <br><br> Defendants. | 19 Civ. 365 (PAE) <br><br> <u>ORDER</u> |

PAUL A. ENGELMAYER, District Judge:

It has come to the Court's attention that some items of documentary evidence cited in the parties' papers supporting and opposing the parties' respective summary judgment motions are not attached or otherwise available on the docket. For example, the N. Jeffrey Brown Declaration cites to pages of the depositions of Hugo Kayo and Peter Mertz that are not attached to the declaration as exhibits. *See* Dkt. 48 ¶¶ 8, 48. Plaintiff's counter Rule 56.1 statement references a "Hazan Declaration" and corresponding exhibits that the Court has been unable to locate on the docket. *See* Dkt. 69 ¶ 12.

The parties are directed to review their supporting papers file forthwith copies of any documents cited in their 56.1 statements or supporting declarations that are not currently available on the docket.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: March 4, 2021
      New York, New York