UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HUGO KAYO,

                                      Plaintiff,                      19 Civ. 365 (PAE)

                  -v-

                                                                       ORDER

PETER MERTZ, et al.,

                                      Defendants.

PAUL A. ENGELMAYER, District Judge:

      On March 31, 2021, the Court granted in part and denied in part defendants' motion for summary judgment, and denied plaintiff's motion for partial summary judgment. Dkt. 89. In that opinion and order, the Court ordered that, if plaintiff maintained that he had any live state-law claims, plaintiff was to file a letter within three business days so stating and explaining the basis for so contending. *See id.* at 2 n.1.

      The Court has not received a letter from plaintiff indicating that he understands there to be live state-law claims. Accordingly, this case is now ready to proceed to trial. The Court directs parties to confer promptly and, within three weeks of this order, to submit a joint pretrial order that complies with the Court's Individual Rules, found at https://nysd.uscourts.gov/hon-paul-engelmayer. Motions *in limine*, if any, are due on the same date as the joint pretrial order; opposition briefs are due one week later.

      The parties are also directed to file, with the joint pretrial order, proposed special interrogatories to be put to the jury regarding the applicability of qualified immunity to the remaining claims.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: April 14, 2021
       New York, New York